```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA,       :     ORDER
                                :
          - v. -                :     13 Cr. 539
                                :
RICHARD LEE,                    :
                                :
          Defendant.            :
                                :
- - - - - - - - - - - - - - - - x

        Upon the application of the United States of America, by and through Assistant United States Arlo Devlin-Brown, it is hereby ORDERED that pages 6 through 28 of the transcript of proceedings dated July 23, 2013 in the above-captioned case be unsealed, effective immediately.

Dated:  New York, New York
        July 25, 2013

_____
THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK