```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

RICHARD LEE,

          Defendant.

**ORDER**

13 Cr. 539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On July 23, 2013, this Court ordered that the above-captioned action would be unsealed on July 30, 2013, absent an application from the Government for continued sealing. No such application having been submitted, it is hereby ORDERED that all documents, transcripts, and docket entries in the above-captioned action shall be unsealed, effective immediately.

Dated: New York, New York
       August 1, 2013

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge