

| 500 Fifth Avenue | | 1101 17th Street, NW |
|---|---|---|
| 43rd Floor | | Suite 1006 |
| New York, NY 10110 | | Washington, DC 20036 |
| (212) 796-6330 | | (202) 470-0330 |

**MORVILLO LLP**

www.morvillolaw.com

GREGORY MORVILLO
(212) 796-6340
GMORVILLO@MORVILLOLAW.COM

August 29, 2017

**Via Electronic Mail**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, New York 10007

      Re:    United States v. Richard Lee, 13-CR-00539 (PGG)

Dear Judge Gardephe:

    The undersigned represents Richard Lee in the above-referenced matter.  I write to respectfully request that the Court adjourn Mr. Lee's sentencing date and the Probation Department's standardized time-table within which it must complete its presentence investigation and issue the final presentence report.

    For reasons that I relayed to the Court's chambers in previous discussions, Mr. Lee respectfully requests that the Court adjourn his sentencing, including the attendant presentence investigation timetable, until the issue raised with this Court is resolved one way or the other.  Most importantly, the Probation Department disclosed Mr. Lee's draft presentence investigation report on August 15, 2017 and, accordingly, Mr. Lee must object to the draft report by today unless the sentencing process is adjourned.  Should the Court grant Mr. Lee's request for an adjournment, Mr. Lee seeks to reserve his right to object to the presentence investigation report if the time comes for him to proceed to sentencing.

August 29, 2017
Page | 2

      We are available at the Court's convenience should it wish to discuss this request.

          Very truly yours,

          MORVILLO LLP

      BY: _____
          Gregory Morvillo

cc:    AUSA Brendan Quigley (via ECF)