UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RICHARD LEE,

            Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/18
```

**ORDER**

13 Cr. 539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is ORDERED that the sentencing of the Defendant currently scheduled for **August 9, 2018** shall occur at **3:00 p.m.**

Dated: New York, New York
       June 20, 2018

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge