


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 19, 2019

By ECF

Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

     Re:    United States v. Lee, 13 Cr. 539 (PGG)

Dear Judge Gardephe:

     Enclosed please find a proposed protective order regarding discovery that has been and will be produced in this case. Defense counsel has informed the Government that the defendant does not object to the proposed order.

     Respectfully submitted,

     GEOFFREY S. BERMAN
     United States Attorney

By:     _____/s/_____
     Drew Skinner
     Daniel Tracer
     Assistant United States Attorneys
     (212) 637-1587

cc:    Gregory Morvillo, Esq. (by ECF)