

August 19, 2019

*Via ECF*

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, New York 10007

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

**Gregory Morvillo**

**E** gmorvillo@orrick.com
**D** +1 212 506 3552
**F** +1 212 506 5151

Re:      *United States v. Richard Lee*, No. 13-cr-00539 (PGG)

Dear Judge Gardephe:

        The undersigned represents Richard Lee in the above captioned matter.

        As the Court knows, there is a status conference scheduled for August 21, 2019 at 12:30 pm.  We respectfully request that Your Honor adjourn the conference until Thursday, August 29, 2019.  Mr. Lee, of course, agrees to the exclusion of time during this interval.

        I have conferred with Assistant United States Attorney Drew Johnson Skinner who informed me that the government does not object to this request.

        I am available at the Court's convenience should it wish to discuss this matter or any related issue.

                                Respectfully submitted,

                                ORRICK, HERRINGTON & SUTCLIFFE, LLP


                                BY:   /s/ Gregory Morvillo
                                        Gregory Morvillo


cc:      AUSA Drew Johnson Skinner (via ECF)