

August 20, 2019

*Via ECF*

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, New York 10007

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

**Gregory Morvillo**

E  gmorvillo@orrick.com
D  +1 212 506 3552
F  +1 212 506 5151

Re:   *United States v. Richard Lee*, No. 13-cr-00539 (PGG)

Dear Judge Gardephe:

The undersigned represents Richard Lee in the above captioned matter.

As the Court knows, there is a status conference scheduled for August 21, 2019 at 12:30pm. We respectfully request that Your Honor adjourn the conference until the week of September 9, 2019. Mr. Lee, of course, agrees to the exclusion of time between now and a date the Court is available for the next conference.

I have conferred with Assistant United States Attorney Drew Johnson Skinner who informed me that the government does not object to this request.

I am available at the Court's convenience should it wish to discuss this matter or any related issue.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE, LLP

BY:  __/s/ Gregory Morvillo_____
        Gregory Morvillo

cc:   AUSA Drew Johnson Skinner (via ECF)