UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

RICHARD LEE,

              Defendant.

**ORDER**

13 Cr. 539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that trial in this matter shall begin on **December 9, 2019 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any motion to dismiss is due by **October 25, 2019**, with opposition papers due **November 1, 2019**, and reply papers due **November 8, 2019**. Motions in limine, proposed voir dire, and requests to charge are due **November 8, 2019**, with responsive papers due on **November 15, 2019**. There shall be a final pre-trial conference in this action on **December 6, 2019 at 12:30 p.m.**

Dated: New York, New York
       August 27, 2019

SO ORDERED.

*[signature]*
_____
Paul G. Gardephe
United States District Judge