**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 22, 2019

By ECF

Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Oct. 25, 2019

Re:   United States v. Lee, 13 Cr. 539 (PGG)

Dear Judge Gardephe:

The Government submits this letter on behalf of both parties to request that the deadline for any defense motions in the above-captioned case, currently set for October 25, 2019, be adjourned for two weeks, until November 8, 2019. The parties propose that Government responses would be due November 15, 2019 and defense replies would be due November 22, 2019. The parties propose that the deadline of November 8, 2019 for motions in limine, requests to charge, and proposed voir dire remain in place.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:          /s/
Drew Skinner
Daniel Tracer
Assistant United States Attorneys
(212) 637-1587

cc:   Gregory Morvillo, Esq. (by ECF)